UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARRIE BLAKESLEY and SHANE BLAKESLEY, as Parents and Guardians for minor child, C.B., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SPOKANE, <br><br> Defendant. | No: 2:20-CV-0314-TOR <br><br> ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 33. The parties stipulate to a dismissal with prejudice of the Plaintiffs' Third Cause of Action regarding Failure to Train/Deliberate Indifference. The parties further stipulate to a dismissal without prejudice of the Plaintiffs' Fourth and Fifth Causes of Action, Negligence and Vicarious Liability. The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiffs' Third Cause of Action regarding Failure to Train/Deliberate Indifference is **DISMISSED with Prejudice**; Plaintiffs' Fourth and Fifth Causes of Action, Negligence and Vicarious Liability, are **DISMISSED without Prejudice**. Each party shall bear its own costs, attorneys' fees, and expenses.

All pending motions, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 15, 2021.



THOMAS O. RICE
United States District Judge