AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KARRIE BLAKESLEY and SHANE BLAKESLEY, as Parents and Guardians for minor child, C.B.,
*Plaintiff*

v.

COUNTY OF SPOKANE,
*Defendant*

Civil Action No. 2:20-CV-0314-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiffs' Third Cause of Action regarding Failure to Train/Deliberate Indifference is DISMISSED with Prejudice; Plaintiffs' Fourth and Fifth Causes of Action, Negligence and Vicarious Liability, are DISMISSED without Prejudice. Each party shall bear its own costs, attorneys' fees, and expenses.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on the parties' Stipulated Motion to Dismiss. ECF No. 33.

Date: September 15, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen